IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

TYRIQUEZ L. MCFADDEN, )
)
    Plaintiff, )
)
v. ) CV 122-162
)
UNITED STATES OF AMERICA; )
BOP; JAMES CHRISTIAN STUCHELL; )
STEPHEN THOMAS INMAN; BRIAN T. )
RAFFERTY; EDWARD T. TARVER; )
JAMES D. DURHAM; RANDALL J. HALL; )
U.S. DEPT. OF JUSTICE; ATF; and STATE )
OF GEORGIA, AUGUSTA, )
)
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 31st day of March, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE